


# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH SAYLOR : CIVIL ACTION
:
v. :
: **FILED**
COMMONWEALTH OF :
PENNSYLVANIA, et al. : No. 07-2369    DEC 0 4 2007
: MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 4th day of December 2007, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Peter B. Scuderi, and any objections made thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition filed pursuant to 28 U.S.C. § 2254 is DISMISSED.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
JAMES T. GILES, J.

12/4/07
e-mail  mail
M. Selzer  J. Saylor

CC: STATS